UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DIANE WHISMAN, personal representative for the Estate of Timothy Whisman, deceased,**

      **Plaintiff,**

v.

**127th SECURITY FORCE OF THE MICHIGAN AIR NATIONAL GUARD, et al,**

      **Defendants.**
_____/

Case No. 08-12133
Hon. John Feikens
Mag. Judge Hluchaniuk

## ORDER ADOPTING REPORT AND RECOMMENDATION AND ACCEPTING THE PARTIES' STIPULATION

   The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on 5/27/2009, and noted no objections were filed by either party,

   IT IS ORDERED that the Report is adopted and the parties' stipulation is accepted.

                                   s/John Feikens
                                   John Feikens
                                   United States District Judge

**Dated: June 18, 2009**

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 18, 2009.

s/Carol Cohron
Deputy Clerk